# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- City:
- County: Prince William

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1:21-mj-377
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.:**
**New Defendant:** Yes
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** RUBIO LEMUS, WALTER JEOVANNY
- **Alias(es):** Caskillo
- ☐ Juvenile
- **FBI No.:** xxxxxxxxx
- **Address:** xxxx xxxx xx xxxxxxxxx xx
- **Employment:**
- **Birth Date:** xx/xx/xxxx
- **SSN:** xx-xx-xxxx
- **Sex:** Male
- **Race:** W
- **Nationality:**
- **Place of Birth:** El Salvador
- **Height:** **Weight:** **Hair:** **Eyes:** **Scars/Tattoos:**
- ☒ Interpreter **Language/Dialect:** Spanish
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☒ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:**
- ☐ Court Appointed
- **Counsel Conflicts:** See Attached Conflict List
- **Address:**
- ☐ Retained
- **Phone:**
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** John C. Blanchard
- **Phone:** 703-299-3999
- **Bar No.:** 89019

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Paul J. Fisher, Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 §§ 841, 846 | Consp. Distrib. > 500g Cocaine | 1 | Felony |
| Set 2: | | | | |

**Date:** 11/12/2021  **AUSA Signature:** *John Blanchard*

*may be continued on reverse*