```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
                              Alexandria Division
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Crim. No. 1:21-cr-260-LMB-04 |
| vs. : | |
| : | Hon. Leonie M. Brinkema |
| **MARIO ANTONIO GUEVARA RIVERA,** : | |
| : | |
| Defendant. : | |
| : | |

### RESPONSE IN OPPOSITION TO MOTION FOR A PROTECTIVE ORDER

Mr. Mario Guevara, through counsel, joins the Response in Opposition filed today by Cristian Ariel Arevalo Arias (Dkt. 127), and adopts the arguments and authorities contained therein, pursuant to Local Crim. R.12(B).

Respectfully Submitted,

**Mario Antonio Guevara Rivera**
By Counsel:

/s/ Meghan Shapiro

| | |
|---|---|
| Christopher Leibig | Meghan Shapiro |
| Virginia Bar No. 82054 | Virginia Bar No. 79046 |
| Attorney for Mario Guevara | Attorney for Mario Guevara |
| The Law Office of Christopher Leibig LLC | Law Office |
| 114 N. Alfred St. | 114 N. Alfred St. |
| Alexandria, VA 22314 | Alexandria, VA 22314 |
| Tel. 703.683.4310 | Tel. 703.915.9594 |
| chris@chrisleibiglaw.com | shapiro.meghan@gmail.com |

### CERTIFICATE OF SERVICE

I, Meghan Shapiro, Esq., hereby certify that on February 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A Notice of Electronic Filing will be served on:

John C. Blanchard, Assistant U.S. Attorney, John.Blanchard@usdoj.gov
Rachel M. Roberts, Special Assistant U.S. Attorney, Rachel.Roberts1@usdoj.gov
Matthew K. Hoff, Department of Justice Trial Attorney, Matthew.Hoff2@usdoj.gov

/s/ Meghan Shapiro