AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cristian Arevalo Arias | ) |
| | ) |
| *Defendant* | ) |

Case No.  1:21-CR-260-05

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   Prince William County Adult Detention Center
      9320 Lee Ave., Manassas, VA 20110

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Nathalie Williams (DOB 4/12/1996), from June 2019 to present.

| Place: U.S. District Court for the Eastern District of Virginia | Date and Time: |
|---|---|
| Clerk's Office | 09/05/2023 12:00 pm |
| 401 Courthouse Sq., Alexandria, VA 22314 | |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date:   8/28/2023

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Cristian Arevalo Arias
, who requests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314; dan@dangoldmanlaw.com; (202) 677-5709

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.   1:21-CR-260-05

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

### Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

    **(1)  In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

    **(2)  Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

    **(3)  Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

    **(1)  In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

    **(2)  In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.

Cristian Arevalo Arias
_____
*Defendant*

)
)
)
)
)

Case No.   1:21-CR-260-05

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To:   Prince William County Adult Detention Center
      9320 Lee Ave., Manassas, VA 20110
_____
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Mario Guevara Rivera (DOB 5/31/1995), from June 2019 to the present.

| Place: U.S. District Court for the Eastern District of Virginia<br>Clerk's Office<br>401 Courthouse Sq., Alexandria, VA 22314 | Date and Time:   09/05/2023 12:00 pm |
| --- | --- |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date:   8/28/2023
_____

CLERK OF COURT



_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Cristian Arevalo Arias
_____, who requests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314; dan@dangoldmanlaw.com; (202) 677-5709

## Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No.   1:21-CR-260-05

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

**(1)  In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2)  Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3)  Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e)  Place of Service.**

**(1)  In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2)  In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g)  Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cristian Arevalo Arias | ) Case No. 1:21-CR-260-05 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Fairfax Adult Detention Center
10520 Judicial Drive, Fairfax, VA 22030

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Abner Molina Rodriguez (DOB 8/27/1997) from June 2019 to present.

| Place: U.S. District Court for the Eastern District of Virginia Clerk's Office 401 Courthouse Sq., Alexandria, VA 22314 | Date and Time: 09/05/2023 12:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: 8/28/2023

CLERK OF COURT



_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who requests this subpoena, are:

---

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No. 1:21-CR-260-05

## SUBPOENA TN

Rhis subpoena for *Defendant (name of defendant)* _____

was received by me on *Date* _____     .

❏ I served the subpoena by deliverin a cop to the named person as follo_s: _____

_____

_____ on *Date* _____     wor

❏ I returned the subpoena unexecuted because: _____

_____ .

k nless the subpoena _as issued on behalf of the k nited States, or one of its officers or a ents, I have also tendered to the _itness fees for one da s attendance, and the milea e allo_ed by la_, in the amount of

1 _____     .

7 . fees are 1 _____     for travel and 1 _____     for services, for a total of 1 _0.00_     .

I declare under penalt of perjur that this information is true

Date: _____                  _____

                                                        *Server's signature*

                                                        _____

                                                        *Printed name and title*

                                                        _____

                                                        *Server's address*

Additional information re ardin attempted service, etc

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

This text is rendered in a corrupted/obfuscated font. The readable portions follow the standard Federal Rule of Criminal Procedure 17 provisions:

A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

If the witness is in a foreign country, 28 U.S.C. §1783 governs the subpoena's service.

The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. §636(e).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Cristian Arevalo Arias | ) |
|  | ) |
| Defendant | ) |

Case No. 1:21-CR-260-05

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Prince William County Adult Detention Center
9320 Lee Ave., Manassas, VA 20110

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for:  Abner Molina Rodriguez (DOB 8/27/1997), from June 2019 to the present.

| Place: U.S. District Court for the Eastern District of Virginia Clerk's Office 401 Courthouse Sq., Alexandria, VA 22314 | Date and Time: 09/05/2023 12:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 3 are attached, including Rule 3(c)(N), relating to your ability to file a motion to quash or modify the subpoena. Rule 3(d) and (e), which govern service of subpoenas and Rule 3(U), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/28/2023

*CLERK OF COURT*

_____          _____
 *Signature of Clerk or Deputy Clerk*

The name, address, email, and telephone number of the attorney representing *(name of party)* Cristian Arevalo Arias
, who requests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314; dan@dangoldmanlaw.com; (202) 677-5709

**Notice to those who use this subpoena to produce documents**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 3(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 3(c), counsel should say the assigned judge whether the court regulates practice under Rule 3(c) to (e) require prior judicial approval for the issuance of the subpoena, either on notice or eg parte; N) specify where the documents must be returned (e.g. to the court clerk, the chambers of the assigned judge, or counsel's office) and 2) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. $E

Please note that Rule 3(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No. 1:21-CR-260-05

## SUBPOENA TO

Rhis subpoena for *Defendant (name of fendant)* _____

_ as received b. me on *Date* _____.

❑ I served the subpoena b. deliverinUa cop. to the named person as follo_s: _____

_____

on *Date* _____ wor

❑ I returned the subpoena unegecuted because: _____

_____

k nless the subpoena _as issued on behalf of the k nited States, or one of its officers or aUents, I have also tendered to the _itness fees for one da. Fs attendance, and the mileaUe allo_ed b. la_, in the amount of

1 _____.

7 . fees are 1 _____ for travel and 1 _____ for services, for a total of 1 $0.00.

I declare under penalt. of perjur. that this information is trueE

Date: _____

_____
*i du dubc cYef roud*

_____
*SuUrdmef n df emrXjul*

_____
*i du dubcf mrudcc*

Additional information reUardinUattempted service, etcE

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

### Federal Rule of Criminal Procedure 17 (c), (d), (e), (f), and (g)

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. §1783 governs the subpoena's service.

**(f) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. §636(e).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# k T IRMD SRARMS DISRWICR COk WR

for the

Eastern District of Virginia

| | | |
|---|---|---|
| k nited States of America | ) | |
| vE | ) | |
| Cristian Arevalo Arias | ) | Case ToE 1:21-CR-260-05 |
| | ) | |
| *Ed(denfer* | ) | |

### E/ 0 SB N8 2 Q BGSUBb / TNO BT/ ( N8 j EsO8 PBU( 2 j B8 sGBU
### B0 . NTj EO8 Q GOFU ( 8 2 GOF2 EN

Ro:  Rappahannock Regional Jail
1745 Jefferson Davis Hwy, Stafford, VA 22554

*Dlfn da (LLduct eat dCRt n aRNiacoKLt def aNamNdOdnh*

**QB/ 2 UN TB( ( 2 8 b Nb** to produce at the time, date, and place set forth belo_ the follo_inUbooys, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Mario Guevara Rivera (DOB 5/31/1995), from July 2021 to the present.

| Place: U.S. District Court for the Eastern District of Virginia Clerk's Office 401 Courthouse Sq., Alexandria, VA 22314 | Date and Rime: 09/05/2023 12:00 pm |
|---|---|

Certain provisions of ' edEWECrimEPE- 3 are attached, includinUWule - 3(c)(N), relatinUto . our abilit. to file a motion to ; uash or modif. the subpoenawWule - 3(d) and (e), _ hich Ubvern service of subpoenaswand Wule - 3(U), relatinUto . our dut. to respond to this subpoena and the potential conse; uences of not doinUsoE

Date:  *DFUTh*
8/28/2023

*g TFl k ay v ag y , l '*

*i N) ef rouda (ag pfuPtt uiE dLorvag pfuP*

Rhe name, address, exmail, and telephone number of the attorne. representinUDfn da (dfunh   Cristian Arevalo Arias
, _ ho re; uests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314; dan@dangoldmanlaw.com; (202) 677-5709

### 8 Fu t R0F 07 FpR0 7 FO pR07 IpQFCY QFOR3 I RpuOMl ng FRoM

Before re; uestinUand servinUa subpoena pursuant to ' edEWECrimEPE- 3(c), the part. seeyinUthe subpoena is advised to consult the rules of practice of the court in _ hich the criminal proceedinUis pendinUto determine _ hether an. local rules or orders establish re; uirements in connection _ ith the issuance of such a subpoenaEIf no local rules or orders Ubvern practice under Wule - 3(c), counsel should as the assiLhed judUe _ hether the court reUulates practice under Wule - 3(c) to - ) re; uire prior judicial approval for the issuance of the subpoena, either on notice or eg parte; N) specif. _ here the documents must be returned (eLLE to the court clery, the chambers of the assiLhed judUe, or counselFs office)wand 2) re; uire that counsel _ ho receives produced documents provide them to opposinUcounsel absent a disclosure obliUation under ' edEWECrimEPE- \$E

Please note that Wule - 3(c) (attached) provides that a subpoena for the production of certain information about a victim ma. not be issued unless first approved b. separate court orderE

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No. 1:21-CR-260-05

### SUBPOENA TN

Rhis subpoena for *Defendant (name of person or entity)* _____

_ as received b. me on *Date* _____

❑ I served the subpoena b. deliverinU a cop. to the named person as follo_s: _____

_____

on *Date* _____ wor

❑ I returned the subpoena unegecuted because: _____

_____

k nless the subpoena _ as issued on behalf of the k nited States, or one of its officers or aUents, I have also tendered to the _ itness fees for one da. Fs attendance, and the mileaUe allo_ ed b. la_ , in the amount of

1 _____

7 . fees are 1 _____ for travel and 1 _____ for services, for a total of 1 ___0.00___

I declare under penalt. of perjur. that this information is trueE

Date: _____

_____
*i du dubc cNef roud*

_____
*SuUrdmef n d f emrNpl*

_____
*i du dubcf mmdcc*

Additional information reUardinU attempted service, etcE

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

**Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/13)**

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cristian Arevalo Arias | )    Case No. 1:21-CR-260-05 |
| | ) |
| _____ | ) |
| Defendant | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Farmville Detention Center
508 Waterworks Rd., Farmville, VA 23901

_____
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Juan Vasquez (DOB 00/00/1981), from September 2019 to the present.

| | |
|---|---|
| Place: U.S. District Court for the Eastern District of Virginia<br>Clerk's Office<br>401 Courthouse Sq., Alexandria, VA 22314 | Date and Time:<br>09/05/2023 12:00 pm |

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena, Rule 17(d) and (e), which govern service of subpoenas, and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/28/2023

_CLERK_

_____
*Signature of Clerk or Deputy Clerk*

_____

The name, address, email, and telephone number of the attorney representing *(name of party)*    Cristian Arevalo Arias
_____ , who requests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314

### Notice to those who use this subpoena.

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should say the assigned judge whether the court regulates practice under Rule 17(c) to - ) require prior judicial approval for the issuance of the subpoena, either on notice or eg parte; N) specify where the documents must be returned (e.g. to the court clerk, the chambers of the assigned judge, or counsel's office) and 2) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. $E

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page 2)

Case No. 1:21-CR-260-05

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

PRDRCM0I ,RDJOFCY Io MJSiCFt RDI CRDcGt hsODhsORhsOtsD OwhtoN.URt ulf RDr rimqah

et hSCFDI t l owO Ft Y Rup O4 DOB n VRt upd

ei h  oO RoRCMdA subpoena ma. order the _itness to produce an. booys, papers, documents, data, or other objects the subpoena desiUnatesERhe court ma. direct the _itness to produce the desiUnated items in court before trial or before the. are to be offered in evidenceEq hen the items arrive, the court ma. permit the parties and their attorne. s to inspect all or part of themE

erh 1 1 Mij7I o wOCO FDI) l owO7RDI ng FRo MdOn motion made promptl. , the court ma. ; uash or modif. the subpoena if compliance _ould be unreasonable or oppressiveE

evh EI ng FRo MOFCS RipFoMOCOFo.IDRoulMOoJFCYMdFoO nFI ulOA ltuY dAfter a complaint, indictment, or information is filed, a subpoena re; uirinUthe production of personal or confidential information about a victim ma. be served on a third part. onl. b. court orderEBefore enterinUthe order and unless there are egceptional circumstances, the court must re; uire UivinUnotice to the victim so that the victim can move to ; uash or modif. the subpoena or other_ise objectE

eDh ERCf ltRlA marshal, a deput. marshal, or an. nonpart. _ ho is at least - 8 . ears old ma. serve a subpoenaERhe server must deliver a cop. of the subpoena to the _itness and must tender to the _itness one da. Fs _itnessxattendance fee and the leUal mileaUe allo_anceERhe server need not tender the attendance fee or mileaUe allo_ance _hen the k nited States, a federal officer, or a federal aUenc. has re; uested the subpoenaE

eRh S,MRODJORCf ltRl

ei h  oO7RO ol uRDDOuMRpdA subpoena re; uirinUa _itness to attend a hearinUor trial ma. be served at an. place _ithin the k nited StatesE

erh  oOMPiFCRwoOFFI ouC) dIf the _itness is in a foreiUn countr. , N8 k ISiCE' - 382 Uoverns the subpoenaós serviceE

evh T FouRY gudRhe court (other than a maUistrate judUe) ma. hold in contempt a _itness _ho, _ithout ade; uate egcuse, disobe. s a subpoena issued b. a federal court in that districtEA maUistrate judUe ma. hold in contempt a _itness _ho, _ithout ade; uate egcuse, disobe. s a subpoena issued b. that maUistrate judUe as provided in N8 k ISiCE' $2$(e)E

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cristian Arevalo Arias | ) Case No. 1:21-CR-260-05 |
| _____ | ) |
| Defendant | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## IN A CRIMINAL CASE

To: Northern Neck Regional Jail
3908 Richmond Rd., Warsaw, VA 22572

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Mario Guevara Rivera (DOB 5/31/1995), from July 2022 to the present.

| Place: U.S. District Court for the Eastern District of Virginia Clerk's Office 401 Courthouse Sq., Alexandria, VA 22314 | Date and Time: 09/05/2023 12:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 3 are attached, including Rule 3(c)(N), relating to your ability to file a motion to quash or modify the subpoena, Rule 3(d) and (e), which govern service of subpoenas and Rule 3(U), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   8/28/2023

*CLERK OF COURT*

_____          _____
*Signature of Clerk or Deputy Clerk*

The name, address, email, and telephone number of the attorney representing *(name of party)* Cristian Arevalo Arias
, who requests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314; dan@dangoldmanlaw.com; (202) 677-5709

## Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 3(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 3(c), counsel should say the assigned judge whether the court regulates practice under Rule 3(c) to - ) require prior judicial approval for the issuance of the subpoena, either on notice or eg parte; N) specify where the documents must be returned (e.g. to the court clerk, the chambers of the assigned judge, or counsel's office) and 2) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 3.

Please note that Rule 3(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page N)

Case T o E 1:21-CR-260-05

## SUBB POO CGPOONUA TN

Rhis subpoena for *Def n da (dè mN iv f pf e mr Nj dsà Nf e vh* _____

_ as received b. me on *Dèf rdh* _____ E

❏ I served the subpoena b. deliverinUa cop. to the named person as follo_s: _____

_____ on *Dèf rdh* _____ wor

❏ I returned the subpoena unegecuted because: _____

_____ E

k nless the subpoena _ as issued on behalf of the k nited States, or one of its officers or aUents, I have also tendered to the _ itness fees for one da. Fs attendance, and the mileaUe allo_ ed b. la_ , in the amount of

1 _____ E

7 . fees are 1 _____ for travel and 1 _____ for services, for a total of 1 _____0.00_____ E

I declare under penalt. of perjur. that this information is trueE

Date: _____

_____
*i du dubc cNj ef roud*

_____
*Su\rdmef n d f emr Njul*

_____
*i du dubcf mnudcc*

Additional information reUardinUattempted service, etcE

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

## Federal Rule of Criminal Procedure 17(c), (d), (e), and (g)

### (c) Producing Documents and Objects.

**(1) In General.** A subpoena may. order the witness to produce any. books, papers, documents, data, or other objects the subpoena designates. The court may. direct the witness to produce the designated items in court before trial or before the. are to be offered in evidence. When the items arrive, the court may. permit the parties and their attorne. s to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptl. , the court may. ; uash or modif. the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena re; uiring the production of personal or confidential information about a victim may. be served on a third part. onl. b. court order. Before entering the order and unless there are egceptional circumstances, the court must re; uire giving notice to the victim so that the victim can move to ; uash or modif. the subpoena or other_ise object.

### (d) Service.

A marshal, a deput. marshal, or an. nonpart. _ho is at least 1 8 . ears old may. serve a subpoena. The server must deliver a cop. of the subpoena to the witness and must tender to the witness one da. s witness attendance fee and the legal mileage allo_ance. The server need not tender the attendance fee or mileage allo_ance _ hen the k nited States, a federal officer, or a federal agenc. has re; uested the subpoena.

### (e) Place of Service.

**(1) In the United States.** A subpoena re; uiring a witness to attend a hearing or trial may. be served at an. place _ithin the k nited States.

**(2) In a Foreign Country.** If the witness is in a foreign countr. , 1 8 k S.C. § 1783 governs the subpoena s service.

### (g) Contempt.

The court (other than a magistrate judge) may. hold in contempt a witness _ ho, _ithout ade; uate egcuse, disobe. s a subpoena issued b. a federal court in that district. A magistrate judge may. hold in contempt a witness _ ho, _ithout ade; uate egcuse, disobe. s a subpoena issued b. that magistrate judge as provided in 2 8 k S.C. § 636(e).

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cristian Arevalo Arias | ) Case No. 1:21-CR-260 |
| | ) |
| _____Defendant_____ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: Pamunkey Regional Jail
7240 Courtland Farm Rd., Hanover, VA 23069

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Records of disciplinary infractions, keep separates, housing assignments, and programming, as well as recordings of phone calls, emails, and text messages for: Mario Guevara Rivera (DOB 5/31/1995), from January 2021 to the present.

| Place: U.S. District Court for the Eastern District of Virginia Clerk's Office 401 Courthouse Sq., Alexandria, VA 22314 | Date and Time: 09/05/2023 12:00 pm |
|---|---|

Certain provisions of Fed. R. Crim. P. 3 are attached, including Rule 3(c)(N), relating to your ability to file a motion to quash or modify the subpoena, Rule 3(d) and (e), which govern service of subpoenas and Rule 3(U), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/28/2023

*CLERK OF COURT*

_____          _____
          *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Cristian Arevalo Arias__ , who requests this subpoena, are:

Daniel Goldman, 421 King Street, Suite 505, Alexandria, VA 22314; dan@dangoldmanlaw.com; (202) 677-5709

## Notice to those who use this subpoena to secure the attendance of witnesses

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 3(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 3(c), counsel should say the assigned judge whether the court regulates practice under Rule 3(c) to - ) require prior judicial approval for the issuance of the subpoena, either on notice or eg parte; N) specify where the documents must be returned (e.g. to the court clerk, the chambers of the assigned judge, or counsel's office) and 2) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. $E.

Please note that Rule 3(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

AO 89B  (07/16)  Subpoena to Produce Documents, Information, or Objects in a Criminal Case  (Page N)

Case No: 1:21-CR-260

## SUBPOENA RETURN

Rhis subpoena for *Defendant (name of individual and title)* _____

_ as received b. me on *Date* _____ E

❏ I served the subpoena b. deliverinUa cop. to the named person as follo_s: _____

_____

on *Date* _____ wor

❏ I returned the subpoena unegecuted because: _____

_____ E

k nless the subpoena _as issued on behalf of the k nited States, or one of its officers or aUents, I have also tendered to the _itness fees for one da. Fs attendance, and the mileaUe allo_ed b. la_, in the amount of

1 _____ E

7 . fees are 1 _____ for travel and 1 _____ for services, for a total of 1 _0.00_ E

I declare under penalt. of perjur. that this information is trueE

Date: _____

_____
*i du dubc cN, ef roud*

_____
*Sulerdmef n d f emrNjul*

_____
*i du dubcf mnudcc*

Additional information reUardinUattempted service, etcE

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 2)

**Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g)**

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**(2) Quashing or Modifying the Subpoena.** On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.

**(3) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. §1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. §636(e).