IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA   :

V.                              Criminal No. 21-260

MANILESTER ANDRADE RIVAS :

## MOTION TO ADOPT

MANILESTER ANDRADE RIVAS, by and through counsel, specifically moves to adopt and join in the Objection filed by counsel for Mr. Villatoro. (Entry 497), The undersigned also object as Mr. Salvato has a conflict/family commitment on the afternoon of the 29th which includes travel out of the area to Southwest Virginia that afternoon and a hotel stay the night of the 29th that has already been fully paid for.

                                             Manilester Andrade Rivas

                                             By Counsel

_____/s_____

Michael Sprano

10603 Judicial Drive

Fairfax, Virginia 22030

703-591-1332

msprano@spranolaw.com

\_\_\_\_\_/s_____

Frank Salvato

1203 Duke Street

Alexandria, Virginia 22314

703-548-5000

Bar No. 30453

Frank@Salvatolaw.com

## Certificate

    I hereby certify that the foregoing motion was filed with the Court's electronic filing system which system will then send a notice to the Office of the United States Attorney on this 7th day of September 2023.

\_\_\_\_\_/s_____

Frank Salvato

1203 Duke Street

Alexandria, Virginia 22314

703-548-5000

Bar No. 30453

Frank@Salvatolaw.com