IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:21-cr-260 |
| | : | |
| JAIRO AGUILERA-SAGASTIZADO, | : | |
| | : | The Honorable Leonie Brinkema |
| Defendant. | : | |
| | : | |

### DEFENDANT JAIRO AGUILERA-SAGASTIZADO'S POSITION ON STARTING JURY SELECTION ON SEPTEMBER 29, 2023

Defendant Jairo Aguilera-Sagastizado respectfully objects to starting jury selection on September 29, 2023. Mr. Robert Jenkins, counsel for the Defendant, is scheduled to attend an out-of-state memorial service for a friend on that date at which he will be a speaker.

Respectfully submitted,

_____/s/_____
Joseph King
VSB # 65632
King, Campbell, Poretz & Mitchell PLLC
118 N. Alfred Street
Alexandria, Virginia 22314
(703) 683-7070
Fax: (703) 652-6010
jking@kingcampbell.com

_____/s/_____
Robert Jenkins
VSB # 39161
Bynum & Jenkins Law
1010 Cameron Street, Suite 123
Alexandria, VA 22314
Office: (703) 537-5522
RJenkins@bynumandjenkinslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed with the clerk via the CM/ECF and thereby forwarded to all counsel of record on this 7th day of September 2023.

                                         /s/  
                                    Joseph King  
                                    VSB# 65632  
                                    King, Campbell, Poretz & Mitchell PLLC  
                                    118 N. Alfred Street  
                                    Alexandria, Virginia 22314  
                                    (703) 683-7070  
                                    Fax: (703) 652-6010  
                                    jking@kingcampbell.com