# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) | Criminal No. 1:21-cr-260-02 LMB |
| JAIRO AGUILERA SAGASTIZADO, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT MARVIN MENJIVAR GUTIERREZ'S
## MOTION TO ADOPT CO-DEFENDANT AREVALO'S MOTION TO
## DISMISS INDICTMENTS

COMES NOW Defendant, Marvin Menjivar Gutierrez, and moves this Court, in the interests of efficiency and judicial economy, for leave to allow him to adopt the following co-defendant motion:

Defendant Arevalo's Motion to Dismiss Indictments (Dkt. 680; sealed).

In addition to arguments provided within said motion, and arguments provided by co-defendant counsel in support of Motions to Adopt previously filed, Mr. Menjivar notes the following in support of said Motion to Dismiss. The statements made by Guevara ("Blue") to Vasquez Reyes as specified in the Motion to Dismiss were made at a point that was closer in time to the double homicide, and under circumstances that would deem them virtually unbiased. At the time, they were made to a friend (according to the Government's theory - a fellow "clique member"), who allegedly assisted Blue with providing him with a grinder to destroy the murder weapon. Under those circumstances, there would be no discernible reason for Blue to lie to Vasquez Reyes.

1

Later, Blue made a decision to cooperate with the Government which woud provide a clear motive for bias.  His statements then ostensibly changed, and became consistent with the Government's theory of the case, and supported cooperating witness Molina's changed statements with regard to the double homicide  (Molina initially confessed to the double homicide and later recanted as a Government cooperator).  Thus, the unavailability of Vasquez Reyes is even more significant under these circumstances.

For all the reasons provided in the previously filed supportive pleadings and those explained herein, Mr. Menjivar is also significantly prejudiced by the loss of opportunity to attack the credibility of the two vital cooperating Government witnesses.  He thus asks the Court to dismiss the Indictments against him.

Respectfully submitted,

MARVIN MENJIVAR GUTIERREZ
By Counsel

_____/s/_____
Mark Petrovich
Virginia Bar No. 36255
Counsel for the Defendant
PETROVICH & WALSH, P.L.C.
10605 Judicial Drive, Suite A-5
Fairfax, Virginia  22030
Phone:  (703) 934-9191
Fax:  (703) 934-1004
Email: mp@pw-lawfirm.com

Manuel E. Leiva
THE LEIVA LAW FIRM, P.L.C.
Counsel for the Defendant
3955 Chain Bridge Road
2nd Floor
Fairfax, Virginia 22030
(703) 352-6400
(703) 352-5226 Fax
mleiva@leiva-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on or before the 10th day of December, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John C. Blanchard
Maureen Cain
Matthew K. Hoff
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Tel: 703-299-3700
Fax: 703-299-3980
John.blanchard@usdoj.gov
Maureen.cain@usdoj.gov
Matthew.hoff2@usdoj.gov


_____/s/_____
Mark Petrovich
Virginia Bar No. 36255
Counsel for the Defendant
PETROVICH & WALSH, P.L.C.
10605 Judicial Drive, Suite A-5
Fairfax, Virginia  22030
Phone:  (703) 934-9191
Fax:  (703) 934-1004
Email: mp@pw-lawfirm.com