IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:21-cr-260 (LMB) |
| JAIRO GUSTAVO AGUILERA ) | |
| SAGASTIZADO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has considered defendant Carlos Jose Turcios Villatoro's Motion for Appropriate Relief, [Dkt. No. 698], which has been adopted by co-defendants. Although the Court's plan for the layout of the courtroom and seating of attorneys and clients would adequately protect defendants' rights to a fair trial, the Court acknowledges that holding a single trial for six defendants on a twenty count indictment would be logistically complicated. In light of defense counsel's concerns, and to ensure an efficient and fair trial that will minimize juror confusion and security concerns, the Court intends to sever defendants Melvin Canales Saldana, Manilester Andrade Rivas, and Jairo Gustavo Aguilera Sagastizado and to conduct a trial by jury of these three defendants beginning on January 8, 2024. The remaining defendants will be tried together immediately after the first trial ends, allowing all defendants to be tried within the currently scheduled time frame. Accordingly, it is hereby

ORDERED that, unless the parties present compelling objections, only defendants Melvin Canales Saldana, Manilester Andrade Rivas, and Jairo Gustavo Aguilera Sagastizado

will go to trial on January 8, 2024. Trial for the remaining defendants will begin immediately after the conclusion of the first trial.

    The Clerk is directed to forward copies of this Order to counsel of record and the United States Marshals Service.

    Entered this 15 day of December, 2023.

Alexandria, Virginia

                                        /s/
                                Leonie M. Brinkema
                                United States District Judge