IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v.          ) | No. 1:21-CR-260-LMB |
| ) | |
| ) | |
| MELVIN CANALES SALDANA ) | |
|    Defendant ) | |

### MOTION BY COUNSEL FOR MELVIN CANALES SALDANA TO BE EXCUSED ON CERTAIN TRIAL DATES TO ATTEND OTHER HEARINGS IN PERSON OR VIRTUALLY

COMES NOW Counsel for Defendant, MELVIN CANALES SALDANA, and respectfully moves this Court to allow attorneys Dwight Crawley and Lana Manitta to be excused on certain trial dates due to conflicts with their schedules. In particular, Dwight Crawley, requests permission to be excused on January 9, 2024, in the afternoon, to attend an in-person sentencing hearing, at 2:00PM, in the United States District Court for the District of Columbia. Ms. Manitta respectfully requests permission to participate virtually, outside of the courtroom, a sentencing hearing on January 10, 2024 at 10:00AM and a probation hearing on January 29, 2024, at 9:30AM. Ms. Manitta will not need to leave the area to attend these matters.

Mr. Crawley and Ms. Manitta represent Mr. Saldana and can continue to do so in the other's absence on the above listed dates. The defendant will not be prejudiced by this as he will be represented by able counsel throughout the trial.

**WHEREFORE**, counsel respectfully requests that this court grant this motion and excuse counsel on the dates and times listed above.

Respectfully submitted.

MELVIN CANALES SALDANA

/s/
_____
Dwight E. Crawley
VA Bar# 43969
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

### CERTIFICATE

I hereby certify that on the 19th day of December 2023, I filed this document with the Clerk of Court via ECF.

/s/
_____
Dwight E. Crawley