# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 1:21-cr-260 LMB |
| | : |
| **JAIRO AGUILERA SAGASTIZADO,** | : |
| | : |
| **Defendant.** | : |

## NOTICE: DEFENDANT JAIRO AGUILERA SAGASTIZADO SUPPORTS COURT'S SEVERANCE OF TRIAL

Defendant Jairo Aguilera Sagastizado supports this Court's decision to sever this case into two trials. *See* ECF 713. As noted by his co-defendants, this decision will allow defendants the benefit of being able to sit at counsel table with their lawyers and consult at all points during the trial. *See* ECF 721 at 1; ECF 723 at 1. It is critical that defendants have access to both their lawyers and that, in this complex case, co-counsel can consult with each other in real time as the evidence is presented. ECF 723 at 1. Severance will also simplify the case for both the Court and the jury as well as resolve potential *Bruton* issues and concerns about antagonistic defenses among co-defendants. *See* ECF 721 at 1; ECF 723 at 2. The government's objections to severance are not persuasive for the numerous reasons detailed by his co-defendants. *See* ECF 721 at 2-4; ECF 723 at 3.

Respectfully submitted,

JAIRO AGUILERA SAGASTIZADO
By Counsel

_____/s/_____
Joseph King
VA Bar No. 65632
King, Campbell, Poretz & Mitchell, PLLC
118 N. Alfred Street
Alexandria, VA 22314
Tel.: (703) 399-0010
Fax: (703) 652-6010
jking@kingcampbell.com

_____/s/_____
Jeffrey Zimmerman
VA Bar No. 38858
Jeffrey Zimmerman, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Tel: (703) 548-8911
Fax: (703) 548-8935
Email Address: www.zimpacer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December 2023, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

_____/s/_____
JEFFREY D. ZIMMERMAN

2