**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     Mark Petrovich

Electronic Device(s):     laptop
power chords
hard drives

Purpose and Location Of Use:     Trial

Case No.:     1:21-cr-260 (trial 2)

Date(s) Authorized:     1/22/24 – end of trial

IT Clearance Waived:     _____(Yes)     ✓ (No)

**APPROVED BY:**

Date: 1/8/24

United States District/~~Magistrate/Bankruptcy~~ Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:     _____     _____
                 IT Staff Member                 Date(s)

**IT clearance must be completed, unless waived, before court appearance.**