CRIMINAL JURY TRIAL PROCEEDINGS

Date: 1/09/2024        Case No. 1:21-cr-00260        Time: 9:30–11:12
                                                           11:32- 1:00
                                                           2:00- 4:12
                                                           4:33–6:00

Before the Honorable: Leonie M. Brinkema

Court Reporter:   S. Austin

Spanish Interpreters: Cynthia Lopez Roman, Susana Martin, and Jamie de Castellvi

Case Number:  1:21CR00260

| UNITED STATES OF AMERICA | John Blanchard, Maureen Cain, Matthew Hoff |
|---|---|
| vs. | |
| *JAIRO GUSTAVO AGUILERA SAGASTIZADO (1) | Jeff Zimmerman, Joseph King |
| *MELVIN CANALES SALDANA (3) | Lana Manitta, Dwight Crawley |
| MANILESTER ANDRADE RIVAS (8) | Frank Salvato, Michael Sprano |

*Spanish Interpreter

The government continued to adduce evidence.

Jury excused at 5:55 to return Wednesday, 1/10/2024 @ 9:30.

Defendants remanded.