## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Todd Baldwin

**Electronic Device(s):** iPad and cell phone

**Purpose and Location Of Use:** legal research and scheduling during trial

**Case Name:** United States v. Walter Rubio-Lemus

**Case No.:** 1:21-cr-260-009

**Date(s) Authorized:** January 10 and 11, 2024

**IT Clearance Waived:** ___ (YES)   X (NO)

~~APPROVED BY~~: DENIED

Date: 1/9/24

_____
United States District/~~Magistrate/Bankruptcy~~ Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

**IT Clearance:** _____   _____
                         IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**