IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA


UNITED STATES OF AMERICA  :

V.                                              Criminal No. 21-260

MANILESTER ANDRADE RIVAS :


<u>MOTION TO ADOPT</u>

MANILESTER ANDRADE RIVAS, by and through counsel,

specifically moves to adopt and join in the Motion for Specific Relief to

Enforce Brady Order which will be filed this morning (January 17,

2024) and has been emailed to the government and the Court.  Given

that we have lost all opportunity to follow up on this information and

for all the reasons stated in the Motion, the Court should strike the

testimony of Abner Molina from our trial and/or fashion other

appropriate relief.

Manilester Andrade Rivas

By Counsel

_____/s_____

Michael Sprano

10603 Judicial Drive

Fairfax, Virginia 22030

703-591-1332

msprano@spranolaw.com

_____/s_____

Frank Salvato

1203 Duke Street

Alexandria, Virginia 22314

703-548-5000

Bar No. 30453

Frank@Salvatolaw.com

<u>Certificate</u>

I hereby certify that the foregoing motion was filed with the Court's electronic filing system which system will then send a notice to the Office of the United States Attorney on this 17th day of January, 2024.

_____/s_____

Frank Salvato

1203 Duke Street

Alexandria, Virginia 22314

703-548-5000

Bar No. 30453

Frank@Salvatolaw.com