IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:21-CR-260 |
| | : | |
| CRISTIAN AREVALO ARIAS, | : | |
| | : | |
| Defendant. | : | Honorable Leonie M. Brinkema |
| | : | |

**MOTION TO GRANT RELIEF REQUESTED IN MOTION FOR ACCESS TO SEALED VASQUEZ REYES DOCUMENTS AND GOVERNMENT MOTION TO SEAL**

Mr. Arevalo hereby moves this Court to grant the relief requested in his Motion for Access to Sealed Vasquez Reyes Documents and Government Motion to Seal (filed under seal December 29, 2023). In support of this Motion, Mr. Arevalo states as follows:

1. On December 29, 2023, Mr. Arevalo filed a motion for access to certain sealed documents pertaining to codefendant Juan Vasquez Reyes.

2. As set forth in Mr. Arevalo's motion, the documents are necessary to support both Mr. Arevalo's argument that Vasquez's deportation violated Mr. Arevalo's due process rights and his trial defense.

3. To analyze and incorporate the documents into his litigation and trial defense, Mr. Arevalo must have access to them before his trial begins in less than a week.

4. As of the end of the day on January 16, 2024, the government had not responded to Mr. Arevalo's motion.

5. This Court should thus deem the motion unopposed and grant the requested relief.

**CONCLUSION**

WHEREFORE, Mr. Arevalo respectfully objects to the ongoing sealing of Vasquez's

1

record and moves this Honorable Court for access to the sealed documents.  In the alternative, Mr. Arevalo moves this Honorable Court to order disclosure of his sealed sentencing hearing, the offense conduct portion of his PSR, and the government's motion(s) to seal to counsel for Mr. Arevalo.

Respectfully submitted,
CRISTIAN AREVALO ARIAS

s/ Bernadette Donovan

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com

Daniel Hutcheson Goldman
VA BAR 82144
The Law Office of Daniel Goldman, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Office 202-677-5709
Fax 833-523-2310
dan@dangoldmanlaw.com

*Counsel for Cristian Arevalo Arias*

## CERTIFICATE OF SERVICE

I, Bernadette Donovan, Esq., hereby certify that on this January 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A Notice of Electronic Filing will be served on:

John C. Blanchard
Maureen Cain
Matthew K. Hoff
Assistant United States Attorneys
Attorney for the United States

United States Attorney's Office
2100 Jamieson Avenue
Tel: 703-299-3700
Fax: 703-299-3980
John.blanchard@usdoj.gov
Maureen.cain@usdoj.gov
Matthew.hoff2@usdoj.gov

s/ Bernadette M. Donovan