IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:21-CR-260 |
| | : | |
| CRISTIAN AREVALO ARIAS, | : | |
| | : | |
| Defendant. | : | Honorable Leonie M. Brinkema |
| | : | |

**MOTION TO EXPAND RELIEF GRANTED IN ORDER DOC. 842 TO ALL DEFENSE TEAMS**

Mr. Arevalo hereby moves this Court to expand the relief granted in Doc. 842, which granted Mr. Arevalo's Motion for Access to Sealed Vasquez Reyes Documents and Government Motion to Seal (Doc. 820), to all defense teams.  In support of this Motion, Mr. Arevalo states as follows:

1. On December 29, 2023, Mr. Arevalo filed a motion for access to certain sealed documents pertaining to deported witness Juan Vasquez Reyes.

2. On January 17, 2024, Mr. Arevalo filed a follow-up motion asking the Court to grant the same relief.

3. On January 19, 2024, this Court granted Mr. Arevalo's motion.  The Court ordered the government to provide the requested documents to undersigned counsel for Mr. Arevalo.

4. Undersigned counsel is filing a renewed motion to dismiss based on the information gleaned from the requested documents.  The sealed documents will be exhibits to the motion.

5. Undersigned counsel believes that all defense counsel should have access to the renewed motion to dismiss and its exhibits so that they can consider whether its contents affect

1

their clients and whether they might wish to join the motion. Because the motion discusses and includes currently sealed exhibits, undersigned counsel cannot share the filing without a Court order.

## CONCLUSION

WHEREFORE, Mr. Arevalo requests that the Court expand the relief granted in Doc. 842 to all defense teams.

Respectfully submitted,
CRISTIAN AREVALO ARIAS

s/ Bernadette Donovan

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com

Daniel Hutcheson Goldman
VA BAR 82144
The Law Office of Daniel Goldman, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Office 202-677-5709
Fax 833-523-2310
dan@dangoldmanlaw.com

*Counsel for Cristian Arevalo Arias*

## CERTIFICATE OF SERVICE

I, Bernadette Donovan, Esq., hereby certify that on this January 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A Notice of Electronic Filing will be served on:

John C. Blanchard

Maureen Cain
Matthew K. Hoff
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Tel: 703-299-3700
Fax: 703-299-3980
John.blanchard@usdoj.gov
Maureen.cain@usdoj.gov
Matthew.hoff2@usdoj.gov

s/ <u>Bernadette M. Donovan</u>