IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:21-CR-260 |
| MARVIN MENJIVAR GUTIERREZ, | Hon. Leonie M. Brinkema |
| CRISTIAN ARIEL AREVALO ARIAS, | Trial Date: January 22, 2024 |
| and | |
| CARLOS JOSE TURCIOS VILLATORO, | |
| *Defendants.* | |

**TRIAL EXHIBIT CUSTODY FORM**

| EXHIBIT NO. | DESCRIPTION | ADMITTED/ NOT ADMITTED | PUBLISHED |
|---|---|---|---|
| 2-2A to 2-2I | 9mm cartridge casings* | | |
| 2-2J to 2-2O | Bullets and bullet fragment* | | |
| 4-7 | Bullet from Autopsy* | | |
| 6-2E | Glock 19 Handgun* | | |
| 6-2E1 | Test-Fired Cartridge Casing* | | |
| 6-2F to 6-2U | 9mm cartridge casings* | | |
| 6-2V to 6-2X | Bullet fragments* | | |
| 7-10 to 7-14 | Bullet fragments from autopsy* | | |
| 17-3 | Cocaine* | | |

1

| 17-6 | Brown bag with white powder* | | |
|---|---|---|---|
| 17-9 | Three bags with white substance* | | |
| 17-11 | Notebooks and MS-13 Drawing* | | |
| 19-1 | Apple iPhone 6, IMEI 3520140742543052* | | |
| 21-1 | Samsung Galaxy A10, Model SM-A102U (RF8N10SSP9D)* | | |
| 22-1 | Samsung Galaxy A10, Model SM-A102U (IMEI 356273104322147)* | | |
| 23-1 | Apple iPhone X, Model A1865 (Serial Number G6TWRM73JCLF)* | | |
| 24-1 | Samsung Galaxy J2, SM-J260T1, IMEI 356212106922108* | | |
| 25-1 | Apple iPhone 8 plus, Model A1864, IMEI 356710085004780* | | |
| 26-1 | Samsung Galaxy S10+, Model SM-G975u (IMEI 352695101257641)* | | |
| 27-1 | Apple iPhone, Model A1984* | | |
| 28-1 | Samsung AM-A305G, Model SM-A305G (Factory Number R58M720SPVT)* | | |
| 30-1 | Apple iPhone XS Max (SN F2LZ56NHKPHJ)* | | |
| 44 | Cocaine* | | |
| 46 | Cocaine* | | |
| 46A | Firearm* | | |
| 46B | Firearm* | | |
| 46C | Ammunition* | | |
| 46D | Ammunition* | | |
| 47 | Cocaine* | | |
| 50 | Cocaine* | | |

| | | | |
|---|---|---|---|
| 51 | Cocaine* | | |
| 52 | Cocaine* | | |
| 55 | Cocaine* | | |
| 56 | Cocaine* | | |
| 68F-1 | Cocaine* | | |

Government Exhibit(s) _(See above)_ were received on this 2nd day of February, 2024.

/s/ T. Armentrout
Courtroom Deputy

By:

Lena Highland, FBI