IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | 1:21-CR-260 |
| | : | |
| **CRISTIAN AREVALO ARIAS,** | : | |
| | : | |
| Defendant. | : | Honorable Leonie M. Brinkema |
| | : | |

# NOTICE OF APPEAL

Cristian Arevalo Arias hereby notes his appeal of his convictions and sentences to the United States Court of Appeals from the Fourth Circuit from the final judgment entered on June 4, 2024.

Respectfully submitted,

CRISTIAN AREVALO ARIAS

s/ Bernadette Donovan

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com

*Counsel for Cristian Arevalo Arias*

# CERTIFICATE OF SERVICE

I, Bernadette Donovan, Esq., hereby certify that on this June 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A Notice of Electronic Filing will be served on:

John C. Blanchard
Matthew K. Hoff
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Tel: 703-299-3700
Fax: 703-299-3980
John.blanchard@usdoj.gov
Matthew.hoff2@usdoj.gov

s/ <u>Bernadette M. Donovan</u>